FILED
JUL 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  TAW  DEPUTY

RUSH

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Miguel Mejia CAZAREZ <br><br> Defendant. | Magistrate Case No.: '08 MJ 8628 <br><br> COMPLAINT FOR VIOLATION OF <br><br> 18 U.S.C. § 111 and 1114 <br> Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

On or about June 13, 2008, within the Southern District of California, defendant, Miguel Mejia CAZAREZ, did willfully and forcibly assault, resist, oppose, impede or interfere with a person named in Title 18, United States Code, Section 1114, to wit, U.S. Customs & Border Protection Officer Salvador Pimentel, was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy L. Henderson
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 11th DAY OF JULY, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Miguel Mejia CAZAREZ

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy Henderson.

On June 13, 2008, Miguel Mejia CAZAREZ entered the United States from Mexico through the Calexico, California, West Port of Entry. CAZAREZ was one (1) of six (6) passengers in a Ford sport utility vehicle that entered the Port of Entry through lane four (4).

U.S. Customs and Border Protection Officer (CBPO) S. German was conducting primary operations on lane four (4). CBPO German entered the names of the subjects present in the Ford into the system. The driver's name was apparently positive for a wanted subject believed to be armed and dangerous. CBPO German asked the driver to exit the vehicle. Other officers nearby were alerted by the system of the alert. These officers approached.

Subjects in the Ford began yelling loudly that they had been subjected to detention on a prior occasion. CAZAREZ was yelling loudly at the officers. Monica Verdugo Villegas, another passenger within the Ford, was screaming for CAZAREZ to remain in the vehicle.

CAZAREZ threatened to assault CBPO Salvador Pimentel. Villegas was attempting to restrain CAZAREZ. CAZAREZ broke free from Villegas and struck CBPO Pimentel on the forearm. CAZAREZ was removed from the vehicle and restrained.

Special Agent (S/A) Timothy Henderson interviewed CAZAREZ. S/A Henderson read CAZAREZ his constitutional rights per Miranda in English. CAZAREZ stated that he was attempting to exit the vehicle believing that he would detained as he apparently

1  had on a previous occasion.  CAZAREZ said that he never intended to strike an officer.
2  CAZAREZ said that he was simply attempting to free himself from Villegas.
3       S/A Henderson interviewed Villegas.  Villegas said that CAZAREZ was not
4  attempting to assault the officers.  Villegas did admit that CAZAREZ was attempting to
5  exit the vehicle.  When I asked if she was attempting to restrain CAZAREZ while his
6  hand was clinched in a fist and held near his shoulder, Villegas said, yes.