1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5

6 Attorneys for Defendant Mr. Cazarez

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   Case No. 08MJ8628
                                       )
12            Plaintiff,               )
                                       )
13     v.                              )
                                       )   **NOTICE OF APPEARANCE**
14 **MIGUEL MEJIA CAZAREZ,**           )
                                       )
15            Defendant.               )
                                       )
16

17     Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the

19 above-captioned case.

20                                      Respectfully submitted,

21

22 Dated: August 13, 2008              *s/ ANDREW LAH*
                                       Federal Defenders of San Diego, Inc.
23                                     Attorneys for Defendant
                                       andrew_lah@fd.org
24

1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
   andrew_lah@fd.org
5

6  Attorneys for Mr. Cazarez

7

8                                     UNITED STATES DISTRICT COURT

9                                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   Case No. 08MJ8628
                                       )
12 |            Plaintiff,             )
                                       )
13 | v.                                )   **PROOF OF SERVICE**
                                       )
14 | **MIGUEL MEJIA CAZAREZ,**         )
                                       )
15 |            Defendant.             )
                                       )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: August 13, 2008                              *s/ ANDREW LAH*
                                                       **ANDREW LAH**
23                                                     Federal Defenders of San Diego, Inc.,
                                                       andrew_lah@fd.org
24

25

26

27

28